Order Permitting the Removal of the Body of Lena Lobsitz, etc. Samuel Lobsitz, Respondent.— Order affirmed, without costs. No opinion. Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

Frank H. James, Respondent, v. John J. McMahon, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion for receiver denied, without costs, upon the ground that the appointment should not be made upon the facts shown. Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

Fannie C. Lowden, as Committee of Mary L. Thayer, an Incompetent Person, Appellant, v. Pamlico Realty Company, Respondent. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Carr, J., dissented.

Mary McClorey, Appellant, v. The City of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Emeline W. McHugh, Appellant, v. Joseph F. McHugh, Respondent.— Order modified by providing that defendant pay fifty dollars alimony within ten days after order herein, and fifty dollars additional before trial, .and that in default of either payment he be fined the sum of one hundred dollars and be committed until such sum be paid, and as so modified affirmed, without costs. No opinion. .Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Nunzio Orsino, Respondent, v. Grace Orsino and Others, Appellants.— Judgment affirmed, with costs. No opinion. Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

The Peck Brick Company, Respondent, v. The Haverstraw Water Supply Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the complaint sets up' facts which constitute apparently three separate causes of action, one cause of action for each distinct parcel which is separately described in the complaint. Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Burr, J., dissented on the ground that it affirmatively appears from the complaint that parcel 2 connects parcels 1 and 3 as therein described, so that there is but a single parcel of land involved in the litigation.

Henry S. Pettit, Appellant, v. The Trustees of the Freeholders and Commonalty of the Town of Brookhaven and Another, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

The People of the State of New York ex rel. Walter S. Chapman, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. No opinion. Burr, Thomas, Carr and Putnam, JJ., concurred; Rich, J., dissented on the ground that the relator was entitled to a reasonable adjournment for the attendance of his counsel.

The People of the State of New York ex rel. Fred Pellecchio, Judgment Debtor, Respondent, v. Sheriff of Kings County. Saverio Gallo, Judgment Creditor, Respondent; Saverio Gallo, Appellant.— From the